# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEQUANITHA STEWART, Personal Representative of the ESTATE OF KRISTIAN DAQUAN STEWART, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00693-RBW |
| v. | )<br>) |
| WINGATE PROPERTIES LLC, et al., | )<br>) |
| Defendants. | ) |

## PLAINTIFF'S CONSENT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff Tequanitha Stewart, Personal Representative of the Estate of Kristian Daquan Stewart ("Plaintiff"), by and through counsel undersigned, pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7(m), respectfully moves this Court to modify the Scheduling Order by extending all remaining deadlines by 60 days.

This is the second request in this case for an extension of the Scheduling Order. The first Scheduling Order was modified by this Court on October 4, 2024.

The parties conferred under Local Civil Rule 7(m) and all Defendants consented to this request.

There is good cause for the Court to modify the Scheduling Order in this Wrongful Death case. All Parties have been diligently responding to discovery requests and producing documents. Ten depositions have been conducted thus far, which took place on November 13, November 14, and November 21, 2024.

After the depositions, on November 18, 2024, Plaintiff served Second Request for Production of Documents on all Defendants seeking additional information learned during the depositions, including but not limited to all documents related to any maintenance or repair of

1

the security cameras at the Incident location. To date, Defendants have not responded to these Second Request for Production of Documents.

A Status Conference regarding Plaintiff's outstanding discovery disputes was held on December 12, 2024. An Order was issued that same day requiring Defendants to produce certain documents.

Plaintiff's Rule 26(a)(2) expert witness disclosures are currently due on December 21, 2024. Plaintiff has already formally retained two experts thus far in this case, a security expert and an economist. Plaintiff needs the requested additional time to receive and review the forthcoming documents from Defendants per this Court's December 12, 2024 Order, as well as receive Defendants' discovery responses and documents per Plaintiff's Second Request for Production of Documents, and produce them to her security expert. As outlined above, Plaintiff has been diligent in pursuing discovery and in her prosecution of this case. Plaintiff would be substantially prejudiced if additional time is not allowed because the completion of discovery is essential to prosecute her claims. Furthermore, the additional time would not be prejudicial to any party because there is no pretrial conference or trial date set yet.

For the foregoing reasons, Plaintiff respectfully requests this Court modify the Scheduling Order as follows:

| Event | Current Date | Requested Date |
| --- | --- | --- |
| Proponent's Rule 26(a)(2) Expert Witness Disclosures | December 21, 2024 | February 19, 2025 |
| Opponent's Rule 26(a)(2) Expert Witness Disclosures | February 4, 2025 | April 5, 2025 |
| Discovery Closes | March 11, 2025 | May 10, 2025 |
| Status Conference | March 14, 2025 at 9:00 am | To be set by the Court |

A supporting memorandum and proposed order accompany this Motion.

December 16, 2024               Respectfully submitted,

                                /s/ Keith W. Watters
                                Keith W. Watters, Esq. (# 319210)
                                KEITH WATTERS & ASSOCIATES
                                1667 K Street NW, Suite 1125
                                Washington, DC 20006
                                (202) 887-1990
                                keithwatters@verizon.net
                                *Counsel for Plaintiff*

                                /s/ Johnnie D. Bond, Jr.
                                Johnnie D. Bond, Jr., Esq. (# 485488)
                                BOND LAW FIRM, PLLC
                                3221 M Street NW
                                Washington, DC 20007
                                jbond@bondpllc.com
                                *Counsel for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was delivered to the Court and the following counsel of record this 16th day of December, 2024, via ECF:

Johnnie D. Bond, Jr., Esq.
BOND LAW FIRM, PLLC
3221 M Street NW
Washington, DC 20007
jbond@bondpllc.com
*Counsel for Plaintiff*

Edward C. Bacon, Esq.
BACON, THORNTON & PALMER, L.L.P
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
ebacon@lawbtp.com
*Counsel for Defendants Wingate Properties LLC, CIH Wingate Management LLC, and CIH Properties Inc.*

Kathryn E. Bonorchis, Esq.
John K. Thompson, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
100 Light Street, Suite 1300
Baltimore, MD 21202
Kathryn.Bonorchis@lewisbrisbois.com
John.Thompson@lewisbrisbois.com
*Counsel for Defendant PChange LLC*

                                                    /s/ Keith W. Watters
                                                    Keith W. Watters, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TEQUANITHA STEWART, Personal Representative of the ESTATE OF KRISTIAN DAQUAN STEWART, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:24-cv-00693-RBW |
| v. | ) ) | |
| WINGATE PROPERTIES LLC, et al., | ) ) | |
| Defendants. | ) | |

### **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXTEND SCHEDULING ORDER**

Plaintiff Tequanitha Stewart, Personal Representative of the Estate of Kristian Daquan Stewart, by and through counsel undersigned, relies upon the following in support of her Consent Motion to Extend Scheduling Order:

1. Fed. R. Civ. P. 6(b), and the existence of good cause, as summarized in the Motion;

2. Local Civil Rule 7(m) and the consent for the relief sought; and

3. The inherent equitable powers of this Court.

December 16, 2024                                   Respectfully submitted,

/s/ Keith W. Watters
Keith W. Watters, Esq. (# 319210)
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net
*Counsel for Plaintiff*

/s/ Johnnie D. Bond, Jr.
Johnnie D. Bond, Jr., Esq. (# 485488)
BOND LAW FIRM, PLLC
3221 M Street NW
Washington, DC 20007
jbond@bondpllc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered to the Court and the following counsel of record this 16th day of December, 2024, via ECF:

Johnnie D. Bond, Jr., Esq.
BOND LAW FIRM, PLLC
3221 M Street NW
Washington, DC 20007
jbond@bondpllc.com
*Counsel for Plaintiff*

Edward C. Bacon, Esq.
BACON, THORNTON & PALMER, L.L.P
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
ebacon@lawbtp.com
*Counsel for Defendants Wingate Properties LLC, CIH Wingate Management LLC, and CIH Properties Inc.*

Kathryn E. Bonorchis, Esq.
John K. Thompson, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
100 Light Street, Suite 1300
Baltimore, MD 21202
Kathryn.Bonorchis@lewisbrisbois.com
John.Thompson@lewisbrisbois.com
*Counsel for Defendant PChange LLC*

/s/ Keith W. Watters
Keith W. Watters, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TEQUANITHA STEWART, Personal Representative of the ESTATE OF KRISTIAN DAQUAN STEWART, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:24-cv-00693-RBW |
| v. | ) ) | |
| WINGATE PROPERTIES LLC, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend Scheduling Order, and the entire record, it is:

**ORDERED** that the Motion to Extend Scheduling Order is **GRANTED**; and it is further

**ORDERED** that the Scheduling Order be modified as follows:

| Event | Requested Date |
|---|---|
| Proponent's Rule 26(a)(2) Expert Witness Disclosures | February 4, 2025 |
| Opponent's Rule 26(a)(2) Expert Witness Disclosures | March 21, 2025 |
| Discovery Closes | April 25, 2025 |
| Status Conference | To be set by the Court |

**SO ORDERED**.

Dated: _____     _____
                                    The Honorable Reggie B. Walton

7